IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01836-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DERRICK WEST,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
U.S. FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Derrick West, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the FCI in Florence, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Civil Rights Complaint pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), a Prisoner's Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915, and a Motion for Appointment of Counsel.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted

2)      ___   is not on a proper Court-approved form (must use the Court's current form)
(3)     ___   is missing affidavit
(4)     ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)     ___   is missing certificate showing current balance in prison account
(6)     ___   is missing authorization to calculate and disburse filing fee payments
(7)     ___   is missing an original signature by the prisoner
(8)     ___   other:

**Complaint, Petition or Application**:
(9)     ___   is not submitted
(10)    _X_   is not on proper form (must use the Court's current form)
(11)    ___   is missing an original signature by the prisoner
(12)    ___   is missing page nos. ___
(13)    ___   uses et al. instead of listing all parties in caption
(14)    ___   names in caption do not match names in text
(15)    ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED: July 2, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge