**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01836-BNB

DERRICK WEST,

    Plaintiff,

v.

UNITED STATES,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On September 18, 2014, Plaintiff filed a "Motion to Compel Re Defendants [sic] Communication Obstruction with Witnesses," ECF No. 18.  The September 18 Motion, ECF No. 18, is denied as premature.

Dated:  September 22, 2014